Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| Stephanie E Thomas,<br>Plaintiff | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 21-CV-6577 |
| v. | |
| New York State Office For People With Developmental Disabilities,<br>Defendant | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED judgment granted in favor of Defendants against Plaintiff and the complaint is dismissed.

Date: February 16, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Dawn K.
     Deputy Clerk